UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Danjohn Bowden      Docket No. 5:16-CR-133-1BO

## Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Danjohn Bowden, who, upon an earlier plea of guilty to Robbery of a Controlled Substance From a Pharmacy, in violation of 18 U.S.C. §§ 2118(a) and 2, was sentenced by the Honorable William L. Osteen, Jr., Chief U.S. District Judge, on September 17, 2013, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

James Danjohn Bowden was released from custody on July 7, 2015, at which time the term of supervised release commenced. On May 24, 2016, the jurisdiction in this case was transferred to the Eastern District of North Carolina. As a result of the defendant testing positive for marijuana on August 23, 2016, a Violation Report was forwarded to the court recommending continuing supervision to allow the defendant to participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 5, 2016, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 90 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Brittain
Michael Brittain
Supervising U.S. Probation Officer

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: November 7, 2016

### ORDER OF THE COURT

Considered and ordered this __8__ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

Terrance W. Boyle
U.S. District Judge

Case 5:16-cr-00133-BO    Document 2    Filed 11/09/16    Page 1 of 1